UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DGCI CORPORATION,**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**TRIPLE ARROW COMPANY FOR GENERAL TRADING CO. LTD.,**<br><br>                    **Defendant.** | No.: 1:21-CV-01174 (AJT) (MSN) |

### CERTIFICATION OF ROBERT H. BELL
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 65(b)(1)(B)

ROBERT H. BELL, pursuant to Federal Rule of Civil Procedure 65(b)(1)(B), hereby certifies as follows:

1. I am an attorney with Peckar & Abramson, P.C., attorneys for DGCI Corporation ("DGCI") in the above-captioned case. I am a member in good standing of the New York Bar. I have been granted admission *pro hac vice* in this Court for this matter.

2. In support of DGCI's Motion for an Temporary Restraining Order (the "Motion"), I hereby submit this Certification pursuant to Federal Rule of Civil Procedure 65(b)(1)(B) to respectfully request that this Court issue a temporary restraining order against Defendant Triple Arrow Company for General Trading Co. Ltd. ("Triple Arrow") without notice.

3. As shown in the accompanying Complaint, the supporting exhibits attached to the Declaration of Robert Bell, dated October 19, 2021, in support of the Motion, and the Memorandum of Law in support of the Motion, there exist facts that show that DGCI is

likely to suffer immediate and irreparable injury in Iraq absent issuance of the requested anti-suit injunctive relief sought here.  The Iraqi court has set a hearing for November 8, 2021.  DGCI is at risk of immediate and irreparable harm should that Iraqi court issue rulings at that hearing on the merits of the dispute between the parties without regard to the clear requirements that the dispute be litigated in this Court under the governing and mandatory forum selection clause in the Master Services Agreement ("MSA") between the parties.

4. Since August 2021, Triple Arrow and its Iraqi counsel have been engaged in active email correspondence with DGCI and DGCI's U.S. counsel regarding Triple Arrow's disputed claims for monies still owed under the MSA.  Notwithstanding these discussions, as shown in the Complaint and the supporting exhibits attached to the Bell Declaration in support of the Motion, Triple Arrow has initiated the Iraqi litigation and has made threats against DGCI personnel and property in Iraq.

5. The undersigned counsel certifies that on October 20, 2021, I caused a copy of the Motion to be sent to Triple Arrow's attorney in Iraq, Mr. Sultan, via email.  DGCI respectfully requests the issuance of the temporary restraining order without further notice to Triple Arrow.

6. Should this Court enter a temporary restraining order without notice to Triple Arrow, then pursuant to Federal Rule of Civil Procedure 65(b)(3) a preliminary injunction hearing should be set for the earliest possible time.

Dated: October 20, 2021                                  Respectfully submitted,

_____
Robert H. Bell