UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DGCI CORPORATION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TRIPLE ARROW COMPANY FOR GENERAL TRADING CO. LTD.,**<br><br>**Defendant.** | No.: 1:21-CV-01174 (AJT) (MSN) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the U.S. District Court for the Eastern District of Virginia, the undersigned, counsel for Plaintiff DGCI Corporation in the above captioned action, states as follows:

DGCI Corporation has no parent, subsidiary, or affiliate entities that have issued stock or debt securities to the public and there is no publicly held entity that owns 10% or more of its stock.

DGCI Corporation reserves the right to file any supplemental statement promptly upon any change in the circumstances that Local Civil Rule 7.1(A) requires the party to identify.

Dated: October 21, 2021

Respectfully submitted,

*/s/ Joseph N. Frost*
Michael A. Branca (VSB No. 36108)
Michael C. Zisa (VSB No. 76397)
Joseph N. Frost (VSB No. 92239)
PECKAR & ABRAMSON, P.C.
2055 L Street, N.W., Suite 750
Washington, DC 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994
mbranca@pecklaw.com
mzisa@pecklaw.com
jfrost@pecklaw.com

Thomas J. Curran (*pro hac vice*)
tcurran@pecklaw.com
Doris D. Short (*pro hac vice*)
dshort@pecklaw.com
Robert H. Bell (*pro hac vice)*
rbell@pecklaw.com
PECKAR & ABRAMSON, P.C.
1325 Avenue of the Americas
10th Floor
New York, NY 10019
Telephone: (212) 382-0909
Facsimile: (212) 382-3456

*Attorneys for DGCI Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and further will serve the foregoing upon the Defendant concurrently with the Summons and Complaint.

                                              */s/ Joseph N. Frost*
                                              Joseph N. Frost