1

```
                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF VIRGINIA
                     ALEXANDRIA DIVISION

DGCI CORPORATION,              )   Case 1:21-cv-1174
                               )
            Plaintiff,         )
                               )
      v.                       )   Alexandria, Virginia
                               )   May 6, 2022
TRIPLE ARROW COMPANY FOR       )   10:30 a.m.
GENERAL TRADING COMPANY,       )
LTD.,                          )
                               )
            Defendant.         )
                               )   Pages 1 - 3


            TRANSCRIPT OF STATUS CONFERENCE

         BEFORE THE HONORABLE ANTHONY J. TRENGA

            UNITED STATES DISTRICT COURT JUDGE


APPEARANCES:

FOR THE PLAINTIFF:

      ROBERT H. BELL, ESQUIRE
      JOSEPH N. FROST, ESQUIRE
      PECKAR & ABRAMSON PC
      2055 L Street, N.W., Suite 750
      Washington, D.C.  20036
      (202) 293-8815
```

COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

 1          THE CLERK:  Civil Action 1:21-cv-1174, *DGCI*
 2  *Corporation v. Triple Arrow Company for General Trading*
 3  *Company, Ltd.*
 4          MR. BELL:  Good morning, Your Honor.  Robert
 5  Bell and Joseph Frost for plaintiff, DGCI Corporation.
 6          THE COURT:  I set this down for a status
 7  conference because the Court has issued a preliminary
 8  injunction, but nothing has happened for a while.  So I
 9  wanted to know where we were.
10          MR. BELL:  Absolutely.  So, Your Honor,
11  following the issuance of the injunction, we were
12  informed that the proceedings that were initiated in
13  Iraq were withdrawn.  Since that time, there have been
14  ongoing discussions between DGCI and Triple Arrow with
15  respect to amounts that are owed allegedly under the
16  Master Service Agreement.  That back-and-forth with
17  them continues.  Those discussions have been at the
18  client level, as well as through Triple Arrow's counsel
19  here in the U.S.  Although, we note that they have not
20  appeared in this matter as of yet.
21          The dispute is ongoing.  In the recent weeks,
22  we have heard unconfirmed information about potential
23  additional threats of steps to be taken in Iraq with
24  respect to this dispute.  We don't have any
25  confirmation on that as of right now.  The discussions

1  continue as to the amounts that are owed.
2          We have served the defendant, Triple Arrow,
3  pursuant to this Court's order.  The time to respond
4  has certainly expired at this point, and there have
5  been no appearances made by Defendant Triple Arrow.
6          Our sense -- and we can ask the Court's
7  preference.  Our sense would be to move for default and
8  seek judgment in this matter given where we are.
9          THE COURT:  Well, I'm not going to tell you
10 how to proceed, but it seems you're in a position to do
11 that.  In any event, you need to move forward on the
12 case in whatever fashion you think is appropriate.
13         Unless the Court sees something within the
14 next two weeks, the Court is going to set it down for
15 another status and decide how the case should proceed,
16 if at all.
17         MR. BELL:  Very good.  Thank you, Your Honor.
18         THE COURT:  Thank you.
19     ------------------------------------
                  Time:  10:33 a.m.
20

21
     I certify that the foregoing is a true and
22
  accurate transcription of my stenographic notes.
23

24
                                    _____/s/_____
25                                  Rhonda F. Montgomery, CCR, RPR