IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DGCI CORP., <br>           Plaintiff, <br>     v. <br><br> TRIPLE ARROW COMPANY FOR GENERAL TRADING CO. LTD <br><br>           Defendant. | ) <br> ) <br> ) <br> )    Case No. 1:21-cv-1174 <br> ) <br> ) <br> ) <br> ) <br> ) |

# **ORDER**

This matter is before the Court on Plaintiff DGCI Corporation's ("DGCI") Motion for Default Judgment and Permanent Injunction (the "Motion") [Doc. No. 45] pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.  On August 18, 2022, the Magistrate Judge issued a Report and Recommendation [Doc. No. 50] (the "R&R") recommending that a default judgment be entered in favor of Plaintiff DGCI and against Defendant Triple Arrow Company for General Trading Co. Ltd. ("Triple Arrow") pursuant to 28 U.S.C. § 2201(a) declaring that (1) the Master Services Agreement ("MSA") between Plaintiff and Defendant continues to be valid and enforceable following termination; (2) the requirements of the MSA's forum selection and choice of law provisions are mandatory and enforceable; and (3) Defendant's prior actions in Iraq related to this dispute, including initiating litigation in Iraqi courts, are improper and invalid. The R&R also recommends converting the preliminary foreign anti-suit injunction [Doc. No. 39] into a permanent foreign anti-suit injunction, thereby enjoining Defendant Triple Arrow from proceeding with any lawsuits or other proceedings against Plaintiff DGCI in Iraq or any other jurisdiction other than this Court.  No objections to the R&R have been filed.  The Court

conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff DGCI's Motion for Default Judgment and Permanent Injunction [Doc. No. 45] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, ENTERED against Defendant Triple Arrow as to Count I; and it is further

ORDERED that Defendant Triple Arrow, its agents, servants, employees and attorneys, and those other persons who are in active concert or participation with those persons be, and hereby are, permanently RESTRAINED and ENJOINED, from proceeding with any lawsuits or other legal proceedings against Plaintiff DGCI in Iraq or any other jurisdiction other than this Court.

The Clerk is directed to forward copies of this Order to all counsel of record.

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 13, 2022